395 A.2d 994

Peiffer et al. v. Ebert, Appellant.

 Argued September 12, 1978. Cyrus Palmer Dolbin, for appellant; W. Vogel, with him Thomas B. Rutter, for appellees, Peiffer; No appearance entered nor brief submitted for appellees, Miners National Bank of Pottsville.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed; petition for reargument denied November 6, 1978.